

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 17, 2026

**BY ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  **Re:** *United States v. Dawkins, et al.*, 26 Cr. 215 (KPF)

Dear Judge Failla:

  The Government writes to inform the Court that the Acting Attorney General has directed the Government not to seek the death penalty against defendant Kadin West in this matter.  As the Court is aware, no other defendants in this case are charged with death-eligible counts.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney

     by:  /s/_____
       Patrick R. Moroney
       Robert S. Ruff
       Joe Zabel
       Assistant United States Attorneys
       (212) 637-2330 / -2522 / -1559

cc (by ECF): All counsel of record